ROBERT CONNOR, an Infant, by THOMAS CONNOR, His Guardian ad Litem, and THOMAS CONNOR, Individually, Respondents, v. UNDERWRITERS TRUST COMPANY, Appellant.— Action by the infant plaintiff to recover damages for

personal injuries, and by his father for medical expenses and loss of services, as a consequence of the infant having been injured in an elevator in defendant's apartment house in Long Beach. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.